UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

George T. Pantelakos

  v.          Civil No. 17-cv-347-JD

Community Partners Mental
Health, The Honor Guard
Program, and Prison Program
for Drug Rehabilitation

**REPORT AND RECOMMENDATION**

  In an Order dated November 27, 2017, plaintiff was given 30 days to file an amended complaint, and was provided with specific instructions for doing so.  He was also informed that if he failed to file an amended complaint, this magistrate judge would recommend the dismissal of his original complaint.  Plaintiff's deadline for filing an amended complaint has come and gone, and no amended complaint has been filed.  Accordingly, plaintiff's complaint should be dismissed for the reasons given in the November 27 Order, document no. 4.

  Any objection to this Report and Recommendation must be filed within 14 days of receipt of this notice.  <u>See</u> Fed. R. Civ. P. 72(b)(2).  The 14-day period may be extended upon motion.  Failure to file a specific written objection to the Report and Recommendation within the specified time waives the

right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

_____
Andrea K. Johnstone
United States Magistrate Judge

January 10, 2018

cc:   George Pantelakos, pro se